# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA A. HARRIS, | Case No. 1:22-cv-00265-DAD-SAB |
| Plaintiff, | ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| AFNI, INC., | (ECF No. 6) |
| Defendant. | **DEADLINE: JULY 26, 2022** |

On May 25, 2022, the parties filed a notice of settlement. (ECF No. 6.) The parties proffer they are in the process of completing the settlement agreement and filing the dismissal papers, which they anticipate they will be able to file within sixty days.

Pursuant to Local Rule 160, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. E.D. Cal. L.R. 160(b). The parties request additional time to file the dispositional documents in order to finalize the settlement agreement and file dismissal papers. The Court is satisfied good cause exists and will grant the requested extension. However, the parties are advised that no further extensions of time shall be granted absent a strong showing of good cause, and are reminded that "[a] failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions." Id. (citing E.D. Cal. L.R. 272).

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents no later than **July 26, 2022**.

IT IS SO ORDERED.

Dated: __**May 26, 2022**__

UNITED STATES MAGISTRATE JUDGE